JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY LOMELI CEJA, | ) | NO. CV 22-1636-FWS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MR. BIRKHOLZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 3, 2022.

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE